NUMBER 13-06-603-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


HAROLD TAYLOR, Appellant,


v.



PAGE SOUTHERLAND PAGE, L.L.P., Appellee.

_________________________________________________________


On appeal from the 138th District Court 


of Cameron County, Texas


_________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 This is an attempted appeal from an order granting an interlocutory motion for
summary judgment signed August 15, 2006. Appellant filed a notice of appeal on
September 13, 2006.

 On October 23, 2006, appellant filed a motion to stay, abate, withdraw, and/or
dismiss the appeal, asserting that the underlying summary judgment is not final. 
According to appellant, the summary judgment order did not dispose of all issues and
all claims involving all parties to the lawsuit, nor did it purport to be a final judgment. 
Appellee has not filed a response to appellant's motion.

 Absent a statutory source of authority to review an interlocutory order, our
appellate jurisdiction is limited to final judgments. Lehmann v. Har-Con Corp., 39
S.W.3d 191, 195 (Tex. 2001). A judgment is final for purposes of appeal if it
disposes of all parties and claims pending in the case, or if it states with "unmistakable
clarity" that it is a final judgment as to all claims and parties. Id. at 192-93. If the
record does not affirmatively demonstrate our jurisdiction, the appeal must be
dismissed. Southwest Invs. Diversified, Inc. v. Estate of Mieszkuc, 171 S.W.3d 461,
467 (Tex. App.-Houston [14th Dist.] 2005, no pet.).

 Based on our review of appellant's motion, we do not have jurisdiction over this
appeal. Accordingly, appellant's motion is granted as specified herein, and the appeal
is ordered dismissed.

 PER CURIAM



Memorandum Opinion delivered and filed this

the 28th day of December, 2006.